UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 05 B 20848
    PAULINE ANDERSON

                                                    CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-2023

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 05/24/2005 and was confirmed 08/18/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 11/17/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 16139.98 | .00 | 16139.98 |
| SELECT PORTFOLIO | NOTICE ONLY | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SVCS | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SVCS | MORTGAGE ARRE | 12552.61 | .00 | 12552.61 |
| CITY OF CHICAGO WATER DE | SECURED | 8000.00 | .00 | 8000.00 |
| COOK COUNTY TREASURER | SECURED | 2845.00 | .00 | 2845.00 |
| COOK COUNTY TREASURER | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 3417.44 | .00 | 3417.44 |
| INTERNAL REVENUE SERVICE | PRIORITY | 18878.58 | .00 | 18878.58 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 970.00 | .00 | 97.00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 524.25 | .00 | 52.43 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1101.25 | .00 | 110.13 |
| CITY OF CHICAGO WATER DE | SECURED NOT I | NOT FILED | .00 | .00 |
| RJM AQUISITIONS FUNDING | UNSECURED | 81.19 | .00 | 8.12 |
| COOK COUNTY TREASURER | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 1,905.20 | | 1,905.20 |
| TOM VAUGHN | TRUSTEE | | | 4,053.49 |
| DEBTOR REFUND | REFUND | | | 40.02 |

            Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 20848 PAULINE ANDERSON

```
TRUSTEE                              68,100.00

PRIORITY                                              22,296.02
SECURED                                               39,537.59
UNSECURED                                                267.68
ADMINISTRATIVE                                         1,905.20
TRUSTEE COMPENSATION                                   4,053.49
DEBTOR REFUND                                             40.02
                              ---------------    ---------------
TOTALS                            68,100.00          68,100.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 02/26/09                    /s/ Tom Vaughn
                                  _____

                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE